IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

KAREN MITCHELL,                        )
                                       )
        Plaintiff,                     )
                                       )        No. 1-16-cv-00053
v.                                     )        Senior Judge Haynes
                                       )
LENDING CLUB CORPORATION,              )
                                       )
        Defendant.                     )

ORDER

Before the Court is Plaintiff's voluntary dismissal of all claims pending in this action.

(Docket Entry No. 9). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED without**

**prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of September, 2016.

_____
WILLIAM J. HAYNES, JR.
Senior United States District Judge